**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jianjun Hao; Junxiu Guo; Lisui Hao; and Jianjun Hao, as Guardian ad Litem for L.H. | **Case No.: 8:21-cv-00908-CJC-DFM** |
| Plaintiffs | **ORDER TO DIMISS CASE** |
| vs. | |
| Alejandro N. Mayorkas, Secretary of the Department of Homeland Security; Tracy Renaud, Acting  Director, U.S. Citizenship and Immigration Services | |
| Defendants. | |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.    This case is hereby dismissed without prejudice.  The clerk shall close the file.

Date: September 27, 2021

_____
United States District Judge